# Court of Appeals
## Tenth Appellate District of Texas

---

## 10-25-00285-CR

---

Cody Gene Ayers,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
52nd District Court of Coryell County, Texas
Judge Trent D. Farrell, presiding
Trial Court Cause No. 22-27665

---

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Cody Gene Ayers appealed the trial court's judgment of conviction for tampering with evidence signed on August 21, 2025. On February 2, 2026, Ayers filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). The motion was signed by Ayers and his attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Ayers's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: February 5, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CR25

